**Order entered April 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00352-CV

### JOSEPH VUKELICH, Appellant

### V.

### RIDGEVIEW RANCH HOMEOWNERS ASSOCIATION, INC., Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-04599-2012**

## ORDER

The above case has been set for submission on appeal. Pursuant to rules 34.5(c)(1) and 43.6 of the Texas Rules of Appellate Procedure, the Collin County District Clerk's Office is **ORDERED** to prepare, certify, and file in this Court no later than April 28, 2015, a supplement to the clerk's record containing the August 9, 2013 Motion for Non-Suit filed by Plaintiff Joseph Vukelich. *See* TEX. R. APP. P. 34.5(c)(1), 43.6.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Sandra Hill, Civil Appellate Clerk; the Collin County District Clerk's Office; and counsel for all parties.

/s/     DAVID J. SCHENCK
        JUSTICE